# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAMES WYMER,**

    **Plaintiff,**

**VS.**                                              **Case No. 4:16cv187-MW/CAS**

**PRESIDENT BARACK HUSSEIN OBAMA,**
**VICE PRESIDENT JOE BIDEN, et al.,**

    **Defendants.**

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, and a motion seeking leave to proceed in forma pauperis, ECF No. 2. Good cause having been shown, the motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint, ECF No. 1, has been reviewed. Plaintiff alleges a conspiracy by the United States to kill him and put him in a "mental hospital." ECF No. 1 at 3. Plaintiff claims that he is being deprived of his "rights, life, liberty, and property without due process or any law . . . ." *Id.* Plaintiff seeks one quadrillion dollars. *Id.* at 4.

Plaintiff's complaint is a conclusory assertion unsupported by any facts. Plaintiff has not alleged a clear statement of fact which shows that any person has violated his rights. Because the complaint is insufficient to state a claim, it should be dismissed.

Another reason to dismiss this case is because it appears Plaintiff has abandoned this litigation. The Clerk's Office sends a "notice to pro se litigants," ECF No. 3, upon case initiation. That notice was returned to the Court as "undeliverable." ECF No. 4. The mail has a postal stamp which states: "Return to Sender; Unable to Forward." *Id.* If mail from this Court cannot reach Plaintiff, this case cannot continue.[1]

Accordingly, because Plaintiff has not alleged a sufficient basis for a civil rights complaint, and it appears that Plaintiff may not receive this Order, there is no reason to continue this case. This case should be summarily dismissed.

Accordingly, it is **ORDERED** that Plaintiff's motion seeking leave to proceed in forma pauperis, ECF No. 2, is **GRANTED**.

---

[1] Plaintiff recently filed 14 cases, filing 11 cases on March 14 or 15, 2016, then 2 more cases on March 23, 2016, and this case was filed on March 25, 2016.

Case No. 4:16cv187-MW/CAS

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** because it fails to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2016.


 s/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days of this Report and Recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**