**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMES WYMER,**

       **Plaintiff,**

**v.**                            **Case No.  4:16cv187-MW/CAS**

**BARACK HUSSEIN OBAMA,
et al.,**

       **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 5.   Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on May 17, 2016.**

                                   **s/Mark E. Walker**
                                   **United States District Judge**